IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER LEON CORE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05-cv-130-F |
| ) | WO |
| TOMMY MANGHAM, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on March 31, 2005 (Doc. #17), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE that this case is DISMISSED without prejudice for the plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this 21st day of April, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE